**\*E-Filed 11/21/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CHRISTOPHER J. GURRY,

    Petitioner,

v.

CHRISTINE BUTERA-ORTIZ, UNITED STATES PROBATION OFFICER,

    Respondent.

_____/

No. C 11-0964 RS

**ORDER DISMISSING PETITONER'S WRIT OF HABEAS CORPUS WITH LEAVE TO AMEND**

    Petitioner Christopher J. Gurry was found guilty by a general court martial of committing indecent acts on the body of a female under the age of 16 and of knowingly possessing visual depictions of a nude minor. In 2007, petitioner was sentenced to confinement for four years, reduction to E-1 rank, forfeiture of all pay and allowances, and a dishonorable discharge. Petitioner sought, and was denied, relief both on direct appeal to the United States Air Force Court of Criminal Appeals, and collateral review to the United States Court of Appeals for the Armed Forces. He is now confined on supervised release in the Northern District of California. Gurry filed this action for a writ of habeas corpus pursuant to 28 U.S.C. §§ 1331 & 2241. The Petition must be dismissed with leave to amend for lack of jurisdiction. *See Schlesinger v. Councilman*, 420 U.S. 738, 746-47 (1975) ("[A]cts of a court martial, within the scope of its jurisdiction and duty, cannot be controlled or reviewed in the civil courts, by writ of prohibition or otherwise." (citing *Smith v. Whitney*, 116 U.S. 167, 177 (1886)). If petitioner elects to amend the Petition, he must do so within thirty days of

the date of this Order.  Any amended petition should address *Schlesinger v. Councilman* and explain why this Court should assert its jurisdiction over Gurry's writ of habeas corpus.

IT IS SO ORDERED.

Dated:  11/21/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE