*E-Filed 12/20/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER J. GURRY, | No. C 11-00964 RS |
| Petitioner, | **ORDER** |
| v. | |
| CHRISTINE BUTERA-ORTIZ,<br>United States Probation Officer, | |
| Respondent. | |

On March 1, 2011, Petitioner Christopher Gurry filed a petition for writ of habeas corpus. The Court dismissed the writ with leave to amend, directing petitioner to demonstrate why the Court should assert its jurisdiction over the writ. Gurry subsequently filed an amended petition. Because it is still unclear whether this Court has jurisdiction over the action, respondent is directed to file a motion to dismiss the action for want of jurisdiction, or file a notice that she declines to file such a motion within 60 days of the date of this Order. Petitioner then has 30 days in which to file an opposition to any such motion. Respondent may then file a reply brief within 15 days of petitioner's opposition.

IT IS SO ORDERED.

Dated: 12/20/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C
ORDER