UNITED DEFENSE GROUP, LLP
Eric A. Chase, CA SBN 42160
4181 Sunswept Drive, Ste. 100
Studio City, CA 91604
Telephone (818) 487-7400
Fax (818) 487-7414

Attorneys for Petitioner
CHRISTOPHER J. GURRY


MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-7155
  FAX: (415) 436-6927
  neill.tseng@usdoj.gov

Attorneys for Respondent
CHRISTINE BUTERA-ORTIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CHRISTOPHER J. GURRY, | ) | No. C 11-00964 RS |
| Petitioner, | ) | |
| v. | ) | **STIPULATION RE THIRD AMENDED PETITION; [PROPOSED] ORDER** |
| CHRISTINE BUTERA-ORTIZ, United States Probation Officer, | ) | |
| Respondent. | ) | |

SUBJECT TO THE APPROVAL OF THE COURT, THE PARTIES, BY AND THROUGH

THEIR UNDERSIGNED COUNSEL, HEREBY STIPULATE AS FOLLOWS:

Petitioner will be given leave to file a Third Amended Petition in order to update certain

material allegations from the Second Amended Petition.  Petitioner will file the Third Amended

STIPULATION RE THIRD AMENDED PETITION; [PROPOSED] ORDER
C 11-00964 RS

1   Petition on or before January 20, 2012.  Respondent will then file a motion to dismiss the action

2   for want of jurisdiction, or file a notice that she declines to file such a motion, on or before

3   February 21, 2012.  Petitioner then has until on or before March 22, 2012, to file an opposition to

4   any such motion.  Respondent may then file a reply brief on or before April 6, 2012.

5       This briefing schedule replaces the briefing schedule set forth in Doc. #5.

6

7

8   DATED: January 17, 2012         By:        /s/_____

9                                           ERIC A. CHASE
                                            Attorney for Petitioner

10

11                                          MELINDA HAAG
                                            United States Attorney

12

13  DATED: January 17, 2012         By:        /s/_____

14                                          NEILL T. TSENG
                                            Assistant United States Attorney
15                                          Attorneys for Respondent

16

17  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

18

19

20  DATED:   1/17/12

21                                          _____
                                            HONORABLE RICHARD SEEBORG
                                            UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

STIPULATION RE THIRD AMENDED PETITION; [~~PROPOSED~~] ORDER
C 11-00964 RS