UNITED DEFENSE GROUP, LLP
Eric A. Chase, CA SBN 42160
4181 Sunswept Drive, Ste. 100
Studio City, CA 91604
Telephone (818) 487-7400
Fax (818) 487-7414

Attorneys for Petitioner
CHRISTOPHER J. GURRY


MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7155
   FAX: (415) 436-6927
   neill.tseng@usdoj.gov

Attorneys for Respondent
CHRISTINE BUTERA-ORTIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER J. GURRY, )<br>)<br>   Petitioner, )<br>)<br>   v. )<br>)<br>CHRISTINE BUTERA-ORTIZ, United )<br>States Probation Officer, )<br>)<br>   Respondent. ) | No. C 11-00964 RS<br><br>**STIPULATION RE THIRD AMENDED PETITION; [PROPOSED] ORDER** |

SUBJECT TO THE APPROVAL OF THE COURT, THE PARTIES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, HEREBY STIPULATE AS FOLLOWS:

Petitioner will be given leave to file a Third Amended Petition in order to update certain material allegations from the Second Amended Petition. Petitioner will file the Third Amended

STIPULATION RE THIRD AMENDED PETITION; [PROPOSED] ORDER
C 11-00964 RS

1  Petition on or before January 20, 2012.  Respondent will then file a motion to dismiss the action
2  for want of jurisdiction, or file a notice that she declines to file such a motion, on or before
3  February 21, 2012.  Petitioner then has until on or before March 22, 2012, to file an opposition to
4  any such motion.  Respondent may then file a reply brief on or before April 6, 2012.
5     This briefing schedule replaces the briefing schedule set forth in Doc. #5.

8  DATED: January 17, 2012        By:      /s/_____
                                            ERIC A. CHASE
9                                           Attorney for Petitioner

11                                          MELINDA HAAG
                                            United States Attorney
12

13 DATED: January 17, 2012        By:      /s/_____
                                            NEILL T. TSENG
14                                          Assistant United States Attorney
                                            Attorneys for Respondent

17 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

20 DATED:  1/17/12                          _____
                                            HONORABLE RICHARD SEEBORG
21                                          UNITED STATES DISTRICT JUDGE

STIPULATION RE THIRD AMENDED PETITION; [~~PROPOSED~~] ORDER
C 11-00964 RS