1 | UNITED DEFENSE GROUP, LLP
Eric A. Chase, CA SBN 42160
2 | 4181 Sunswept Drive, Ste. 100
Studio City, CA 91604
3 | Telephone (818) 487-7400
Fax (818) 487-7414
4
Attorneys for Petitioner
5 | CHRISTOPHER J. GURRY

6

MELINDA HAAG (CSBN 132612)
7 | United States Attorney
JOANN M. SWANSON (CSBN 88143)
8 | Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
9 | Assistant United States Attorney

10 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
11 | Telephone: (415) 436-7155
FAX: (415) 436-6927
12 | neill.tseng@usdoj.gov

13 | Attorneys for Respondent
CHRISTINE BUTERA-ORTIZ
14

15 UNITED STATES DISTRICT COURT

16 NORTHERN DISTRICT OF CALIFORNIA

17 SAN FRANCISCO DIVISION

18

| | | |
|---|---|---|
| CHRISTOPHER J. GURRY, | ) | No. C 11-00964 RS |
| Petitioner, | ) | |
| v. | ) | **AMENDED STIPULATION RE THIRD AMENDED PETITION; [PROPOSED] ORDER** |
| CHRISTINE BUTERA-ORTIZ, United States Probation Officer, | ) | |
| Respondent. | ) | |

SUBJECT TO THE APPROVAL OF THE COURT, THE PARTIES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, HEREBY STIPULATE AS FOLLOWS:

Petitioner will be given leave to file a Third Amended Petition in order to update certain material allegations from the Second Amended Petition. Petitioner will file the Third Amended

AMENDED STIPULATION RE THIRD AMENDED PETITION; [PROPOSED] ORDER
C 11-00964 RS

1  Petition on or before **January 20, 2012**.  Respondent will then file a motion to dismiss the action
2  for want of jurisdiction, or file a notice that she declines to file such a motion, on or before
3  **March 21, 2012**.  Petitioner then has until on or before **April 20, 2012**, to file an opposition to
4  any such motion.  Respondent may then file a reply brief on or before **May 7, 2012**.

5      This amended stipulation replaces the previous stipulation that was filed (Doc. #6) and
6  ordered (Doc. #7) because the previous stipulation erroneously listed the briefing schedule the
7  parties had agreed to.  The parties had agreed to a briefing schedule consistent with the schedule
8  set by this Court in Doc. #5, in which Respondent would be given 60 days to file a motion to
9  dismiss or notice of declination to file such a motion, Petitioner would be given 30 days to file an
10 opposition, and Respondent would be given 15 days to file a reply brief.  However, in reducing
11 the agreement to writing, the stipulation inadvertently provided for only 30 days to file a motion
12 to dismiss instead of 60 days.  This amended stipulation corrects that error.  Additionally,
13 Respondent desires the full 60 days to prepare and file any motion to dismiss because her counsel
14 did not receive service of the Second Amended Petition until January 13, 2012.

17 DATED: January 17, 2012          By:      /s/
                                             ERIC A. CHASE
18                                           Attorney for Petitioner

20                                           MELINDA HAAG
                                             United States Attorney

22 DATED: January 17, 2012          By:      /s/
                                             NEILL T. TSENG
23                                           Assistant United States Attorney
                                             Attorneys for Respondent

AMENDED STIPULATION RE THIRD AMENDED PETITION; [PROPOSED] ORDER
C 11-00964 RS

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

4  DATED:  1/18/12

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE