*E-Filed 1/23/12*

UNITED DEFENSE GROUP, LLP
Eric A. Chase, CA SBN 42160
4181 Sunswept Drive, Ste. 100
Studio City, CA 91604
Telephone (818) 487-7400
Fax (818) 487-7414

Attorneys for Defendant
CHRISTOPHER J. GURRY

MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7155
   FAX: (415) 436-6927
   neill.tseng@usdoj.gov

Attorneys for Respondent
CHRISTINE BUTERA-ORTIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER J. GURRY,<br><br>        Petitioner,<br>  vs.<br><br>CHRISTINE BUTERA-ORTIZ,<br>United States Probation Officer<br><br>        Respondent.. | Case No. 3:11-cv-00964-RS<br><br>**SECOND AMENDED STIPULATION RE THIRD AMENDED PETITION;** [~~PROPOSED ORDER~~] |

SUBJECT TO THE APPROVAL OF THE COURT, THE PARTIES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, HEREBY STIPULATE AS FOLLOWS:

    Petitioner was previously given leave to file a Third Amended Petition in order to update certain material allegations from the Second Amended Petition. It was previously agreed that Petitioner would file the Third Amended Petition on or before January 20, 2012. The Parties

SECOND AMENDED STIPULATION RE THIRD AMENDED PETITION; [~~PROPOSED ORDER~~] C 11-00964 RS

1  hereby stipulate that the leave to file the Third Amended Petition be extended so that filing will
2  be timely if completed on or before **January 24, 2012**. All other deadlines will remain as
3  previously stipulated so that Respondent will then file a motion to dismiss the action for want of
4  jurisdiction, or file a notice that she declines to file such a motion, on or before **March 21, 2012**.
5  Petitioner then has until on or before **April 20, 2012**, to file an opposition to any such motion.
6  Respondent may then file a reply brief on or before **May 7, 2012**.

7  DATED: January 23, 2012                By: /s/
8                                              ERIC A. CHASE
                                            Attorney for Petitioner
9
10                                             MELINDA HAAG
11                                             United States Attorney

12 DATED: January 23, 2012                By: /s/
                                            NEILL T. TSENG
13                                             Assistant United States Attorney
                                            Attorney for Respondent
14

15 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

16 DATED: 1/23/12                          _____
17                                             HONORABLE RICHARD SEEBORG
                                            UNITED STATES DISTRICT JUDGE

18
19
20
21
22
23
24
25
26
27
28

SECOND AMENDED STIPULATION RE THIRD AMENDED PETITION; [~~PROPOSED~~
ORDER] C 11-00964 RS